☒ FILED  ☐ LODGED

**May 18, 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MOODY RAYMOND #278801
(Name and Prisoner/Booking Number)

BROWNING SMU 2
(Place of Confinement)

P.O. BOX 3400
(Mailing Address)

FLORENCE, AZ 85132
(City, State, Zip)

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

MOODY, RAYMOND 278801
(Full Name of Plaintiff)

Plaintiff,

v.

(1) ADOC
(Full Name of Defendant)
(2) SGT. V. ENTERLONZO
(3) C/O MILLER
(4) C/O CHACON

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-00891-PHX-JAT (MTM)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:

2. Institution/city where violation occurred: BROWNING SMU 2 FLORENCE, AZ

Case 2:21-cv-00891-JAT--MTM   Document 1   Filed 05/18/21   Page 2 of 4

## B. DEFENDANTS

1. Name of first Defendant: **ADOC**. The first Defendant is employed as: **CORRECTIONS** at **BROWNING SMU2** (Institution)

2. Name of second Defendant: **SGT VINKELONZO**. The second Defendant is employed as: **SGT** at **BROWNING SMU2**

3. Name of third Defendant: **C/O MILLER**. The third Defendant is employed as: **CORRECTIONS OFFICER** at **BROWNING SMU2**

4. Name of fourth Defendant: **C/O CHACON**. The fourth Defendant is employed as: **CORRECTIONS OFFICER** at **BROWNING SMU2**

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **3/4**  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **MOODY** v. **ADOC (MEDICAL)**
      2. Court and case number:
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **CASE STILL PENDING**

   b. Second prior lawsuit:
      1. Parties: **MOODY** v. **ADOC (PROPERTY)**
      2. Court and case number:
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **CASE STILL PENDING**

   c. Third prior lawsuit:
      1. Parties: **MOODY** v. **ADOC (EXERCISE OF RELIGION)**
      2. Court and case number:
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **CASE STILL PENDING**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: MY RIGHT 2 HAVE RECREATION WHICH IS ADOC'S POLICY

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: RIGHT 2 RECREATION

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'M THE ONLY INMATE IN THE STATE OF ARIZONA CORRECTION WHO IS NOT ALLOWED RECREATION. RECREATION IS PART OF ADOC'S POLICY!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I'M NOT ABLE 2 EXERCISE OR GET MY BODY IN SHAPE LIKE EVERYONE ELSE SO I HAVE TEAR

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ADOC DOES NOT ACKNOWLEDGE MY PAPER WORK

E. REQUEST FOR RELIEF

State the relief you are seeking: I'M REQUESTING $100 MILLION BECAUSE THERE'S A CONSPIRACY BY ADOC. I'M THE ONLY INMATE NOT ALLOWED REC MENTAL ANGUISH - N PAIN - N SUFFERING

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/11/21
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6